# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### BATESVILLE DIVISION

**JOHNNY W. STEVENS, HEIDEMARIE**
**HELGA GISELA STEVENS, J. MICHAEL**
**STUART, and MARY STUART**                                                                **PLAINTIFFS**

**v.**                              **CASE NO. 1:11cv00035 BSM**

**CHESAPEAKE OPERATING, INC. and**
**CHESAPEAKE EXPLORATION, LLC**                                                  **DEFENDANTS**

## ORDER

On May 2, 2011, an order was entered granting plaintiffs' motion for temporary restraining order and setting a preliminary injunction hearing for May 6, 2011, at 11:00 a.m. The parties have indicated, however, that they prefer a later hearing date. Federal Rule of Civil Procedure 65(b) allows an extension by the court for good cause. The preliminary injunction hearing is continued to June 3, 2011, at 11:00 a.m. at the Richard Sheppard Arnold Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. The temporary restraining order will remain in effect until that date.

IT IS SO ORDERED this 4th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE