# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JOHNNY W. STEVENS et al.**                                      **PLAINTIFF**

v.                 **CASE NO. 1:11CV00035 BSM**

**CHESAPEAKE OPERATING, INC. et al.**                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

Dated this 29th day of August 2012.

_____
UNITED STATES DISTRICT JUDGE